**2003–0982. State ex rel. Wells v. Costine.**

In Habeas Corpus. On petition for writ of habeas corpus of John E. Wells Sr. Sua sponte, cause

dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.